UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IACOBACCI PERALTA, et al.,

Petitioner,

v.

BRUCE SCOTT, et al.,

Respondent.

CASE NO. 2:26-cv-02895-BAT

**ORDER DIRECTING VERIFICATION**

Petitioner is represented by counsel in this 28 U.S.C. § 2241 immigration habeas action. Upon reviewing the record, the Court notes the petition (Dkt. 1) is not signed by Petitioner nor properly verified by counsel. *See* 28 U.S.C. § 2242 (Habeas petitions must be verified "by the person for whose relief it is intended or by someone acting in his behalf.").

Pursuant to Local Rules, W.D. Wash. ("LCR") 100, where a petition is not signed by the person in custody, the person signing the petition

> shall verify the same on behalf of such party in custody, and shall set forth therein the reason why it is not made and verified by the party in custody, and shall state he or she knows the facts set forth therein, or if upon information and belief, the sources of his or her information shall be stated.

LCR 100(e).

Petitioner's counsel is directed to submit a proper verification either from Petitioner or pursuant to LCR 100(e) **by August 21, 2026**, as an attachment to a praecipe pursuant to the

Western District of Washington Local Civil Rule 7, subsection (m).

The Clerk shall provide a copy of this order to the parties.

DATED this 17th day of August, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge